SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>JAMSHID BABASAFARI, et al,<br><br><br>Defendants | Case No.: CIV.S 08-cv-02784-FCD-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF JAMES E. RAYMOND AND ORDER**<br><br>Complaint Filed: NOVEMBER 19, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (James E. Raymond) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants.  Defendant (James E. Raymond) is dismissed because this Defendant is deceased.

Dated: January 21, 2009                           /s/Scott N. Johnson_____
                                                  SCOTT N. JOHNSON
                                                  Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and ORDER
                                              CIV: S-08-02784-FCD-EFB

1  **IT IS SO ORDERED**.

3  Dated:  January 21, 2009    _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE